UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

DYLAN PANARRA,

                          Plaintiff,

      v.

HTC CORPORATION, et al.,

                          Defendants.
_____

<u>ORDER</u>

20-CV-6991G

        Plaintiff having filed a motion to compel and for sanctions against defendants HTC Corporation and HTC America, Inc. (collectively, "HTC") (Docket # 27), HTC having opposed the motion (Docket # 35), this Court having reviewed the parties' submissions, and oral argument having been conducted on October 13, 2021, it is hereby

        ORDERED, for the reasons stated more fully on the record on October 13, 2021, that plaintiff's motion to compel and for sanctions **(Docket # 27)** is **GRANTED in part and DENIED in part**.  Specifically, in accordance with the guidance provided during the proceedings, the Court directs that HTC promptly supplement its responses to Interrogatory Nos. 3, 9, 11, 12, and 16.  It is further

        ORDERED, that the parties meet and confer in good faith regarding Interrogatory Nos. 20 and 21, as they relate to newly-added defendant HTC America Content Services.  It is further

        ORDERED, that the parties meet and confer in good faith regarding a jointly-proposed protective order and that HTC supplement its document production on or before **October 29, 2021**.  It is further

ORDERED, that plaintiff's motion for sanctions is denied.

**IT IS SO ORDERED.**

*s/Marian W. Payson*
MARIAN W. PAYSON
United States Magistrate Judge

Dated: Rochester, New York
October 13, 2021